UNITED STATES DISTRICT COURT
Western District of Tennessee

THOMAS M. GOULD
Clerk of Court
495-1250

Memphis         901-495-1200
         Fax         901-
Jackson         731-421-9200
Fax             731-427-9210

DATE: 6/20/2005

NOTICE TO ALL PARTIES

RE:     CRIMINAL CASE NO.   05-20197
        UNITED STATES OF AMERICA vs. AUSTIN GARRETT GUYER

    ____ RULE 20 (Consent to Transfer of Case for Plea and Sentence)

    _XX_ RULE 40 TRANSFER

Following documents received from USDC NORTHERN DISTRICT OF IOWA (1)Financial Addidavit (2)Order of Conditions Setting Release (3)Order-It iso order the deft is removed to the Westrn District of Tennessee for further proceeding(f/02). Please refer to document #5 in the case record.

                Sincerely,

                THOMAS M.GOULD,
                Clerk of Court

                BY:_____
                    Deputy Clerk

cc: Mag. Judge Case mgr.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

242 Federal Building                    101 Federal Building
167 North Main Street                   109 South Highland Avenue
Memphis, Tennessee 38103                Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20197 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT