IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 19 PM 4: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Cr. No. 05-20197-B

AUSTIN GARRET GUYER,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on July 14, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:    Pat Brown, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

*S. Thomas Anderson*
United States Magistrate Judge

Charges:

SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES

Assistant U.S. Attorney assigned to case: Oliver

The defendant's age is: 19.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20197 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT